# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-4010

_____

United States of America

*Plaintiff - Appellee*

v.

Deshawn Michael Mapp

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: July 5, 2013
Filed: July 11, 2013
[Unpublished]

_____

Before WOLLMAN, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

Deshawn Mapp appeals the 105-month prison sentence that the district court[1] imposed upon remand for resentencing in light of <u>Dorsey v. United States</u>, 132 S. Ct.

---

[1] The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

2321 (2012). Counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that Mapp was not properly classified as a career offender. We do not consider the issue, however, because Mapp did not challenge his career-offender status at his first sentencing hearing or in his first direct appeal. Further, he agreed at the resentencing hearing with the calculation of his sentencing range under the career offender Guideline. <u>See</u> <u>United States v. Olano</u>, 507 U.S. 725, 733 (1993) (waiver is intentional relinquishment or abandonment of known right and is not reviewable on appeal); <u>United States v. Walterman</u>, 408 F.3d 1084, 1085-86 (8th Cir. 2005) (defendant cannot raise in second appeal challenge to sentencing enhancements that he failed to raise in first appeal, simply because he is resentenced); <u>United States v. Harrison</u>, 393 F.3d 805, 806 (8th Cir. 2005) (finding waiver of objections when counsel confirmed at sentencing that there were no objections).

Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. The judgment is affirmed. We also grant counsel leave to withdraw.

_____